JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CABLE, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, A New Hampshire Corporation; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-CV-05703-R-JC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action Without Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed without prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: December 4, 2017

_____
Hon. Manuel L. Real
United States District Court Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco